B1 (Official Form 1)(4/10)

## United States Bankruptcy Court
### Northern District of Florida

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Davis Heritage GP Holdings, LLC | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|
| 72-1551302 | |

| Street Address of Debtor (No. and Street, City, and State): | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| 20725 S.W. 46th Ave. Newberry, FL | |
| ZIP Code: 32669 | ZIP Code: |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| Alachua | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| | |
| ZIP Code: | ZIP Code: |

| Location of Principal Assets of Business Debtor (if different from street address above): |
|---|
| |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)                                                                                         Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Davis Heritage GP Holdings, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ■ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

         _____
         (Name of landlord that obtained judgment)

         _____
         (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)   Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
Davis Heritage GP Holdings, LLC

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ Justin M. Luna
Signature of Attorney for Debtor(s)

Justin M. Luna 0037131
Printed Name of Attorney for Debtor(s)

Latham, Shuker, Eden & Beaudine, LLP
Firm Name

PO Box 3353
Orlando, FL 32802-3353
Address

(407) 481-5800  Fax: (407) 481-5801
Telephone Number

September 26, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Stefan M. Davis
Signature of Authorized Individual

Stefan M. Davis
Printed Name of Authorized Individual

Managing Member
Title of Authorized Individual

September 26, 2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B1 (Official Form 1)(4/10)     Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
Davis Heritage GP Holdings, LLC

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X /s/ Justin M. Luna
Signature of Attorney for Debtor(s)

Justin M. Luna 0037131
Printed Name of Attorney for Debtor(s)

Latham, Shuker, Eden & Beaudine, LLP
Firm Name

PO Box 3353
Orlando, FL 32802-3353
Address

(407) 481-5800  Fax: (407) 481-5801
Telephone Number

September 26, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Stefan M. Davis
Signature of Authorized Individual

Stefan M. Davis
Printed Name of Authorized Individual

Managing Member
Title of Authorized Individual

September 26, 2010
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of Florida

In re __Davis Heritage GP Holdings, LLC_____,
                                    Debtor

Case No._____

Chapter _____11_____

## Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __N/A_____.

2. The following financial data is the latest available information and refers to debtor's condition on _____.

   a. Total assets                                                      $         0.00

   b. Total debts (including debts listed in 2.c.,below)                $         0.00

   c. Debt securities held by more than 500 holders.                                    Approximate number of holders

   | | | | | |
   |---|---|---|---|---|
   | secured / / | unsecured / / | subordinated / / | $  0.00 | 0 |
   | secured / / | unsecured / / | subordinated / / | $  0.00 | 0 |
   | secured / / | unsecured / / | subordinated / / | $  0.00 | 0 |
   | secured / / | unsecured / / | subordinated / / | $  0.00 | 0 |
   | secured / / | unsecured / / | subordinated / / | $  0.00 | 0 |

   d. Number of shares of preferred stock                                      0              0
   e. Number of shares of common stock                                         0              0

   Comments, if any:

3. Brief description of debtor's business:
   **Real estate holding company**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Damon C. Davis**
   **Stefan M. Davis**
   **Trevor B. Davis**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re    **Davis Heritage GP Holdings, LLC**
                                    Debtor(s)

Case No. _____
Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Beau View Phase I Condominiums Owners As 2668 Beach Blvd. Biloxi, MS 39530 | Beau View Phase I Condominiums Owners As 2668 Beach Blvd. Biloxi, MS 39530 | Developer Contribution | | 7,000.00 |
| Harris Jernigan & Geno PLLC 587 Highland colony Parkway PO Box 3380 Ridgeland, MS 39158-3380 | Harris Jernigan & Geno PLLC 587 Highland colony Parkway PO Box 3380 Ridgeland, MS 39158-3380 | Legal fees - Beau View | | 67,304.77 |
| Inervest Capital, Ltd. c/o John F. Hayter 704 NE 1st Street Gainesville, FL 32601 | Inervest Capital, Ltd. c/o John F. Hayter 704 NE 1st Street Gainesville, FL 32601 | Judgment | Disputed | 8,036,519.38 |
| Jennings Service Co. 1374 Jefferson Road, Suite 3 PO Box 1049 Demopolis, AL 36732 | Jennings Service Co. 1374 Jefferson Road, Suite 3 PO Box 1049 Demopolis, AL 36732 | Beau View plumbing | | 4,200.00 |
| Mia Siddall 56 Wodlake Brandon, MS 39047 | Mia Siddall 56 Wodlake Brandon, MS 39047 | Diplomat cleaning | | 100.00 |
| Mississippi Power 195 Reynoir Street Biloxi, MS 39530 | Mississippi Power 195 Reynoir Street Biloxi, MS 39530 | Beau View power | | 3,690.62 |
| National Const Rentals PO Box 4503 Pacoima, CA 91333-4503 | National Const Rentals PO Box 4503 Pacoima, CA 91333-4503 | Biscayne fencing | | 142.85 |
| Nationwide Insurance Company PO Box 55929 Jackson, MS 39296 | Nationwide Insurance Company PO Box 55929 Jackson, MS 39296 | Diplomat insurance | | 19,325.00 |
| Precision Plumbing PO Box 767 Florence, MS 39073 | Precision Plumbing PO Box 767 Florence, MS 39073 | Diplomat plumbing | | 133.75 |
| Premium Assignment Corporation PO Box 3100 Tallahassee, FL 32315-3100 | Premium Assignment Corporation PO Box 3100 Tallahassee, FL 32315-3100 | Beau View insurance | | 57,931.56 |

B4 (Official Form 4) (12/07) - Cont.

In re   Davis Heritage GP Holdings, LLC  
         Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Wachovia - GP Holdings Commercial Loan Services PO Box 740502 Atlanta, GA 30374-0502 | Wachovia - GP Holdings Commercial Loan Services PO Box 740502 Atlanta, GA 30374-0502 | Guarantee of forbearance | | Unknown |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  September 26, 2010

Signature  /s/ Stefan M. Davis  
Stefan M. Davis  
Managing Member

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
Northern District of Florida

In re: Davis Heritage GP Holdings, LLC
Debtor

Case No. _____
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Damon C. Davis<br>20725 SW 46th Ave.<br>Newberry, FL 32669 | | 33% | |
| EarthArt Inc.<br>20725 SW 46th Ave.<br>Newberry, FL 32669 | | 1% | |
| Stefan M. Davis<br>20725 SW 46th Ave.<br>Newberry, FL 32669 | | 33% | |
| Trevor B. Davis<br>20725 SW 46th Ave.<br>Newberry, FL 32669 | | 33% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: September 26, 2010

Signature: /s/ Stefan M. Davis
Stefan M. Davis
Managing Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

**United States Bankruptcy Court**
Northern District of Florida

In re: Davis Heritage GP Holdings, LLC
Debtor(s)

Case No.
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: September 26, 2010

/s/ Stefan M. Davis
Stefan M. Davis/Managing Member
Signer/Title

Davis Heritage GP Holdings, LLC
20725 S.W. 46th Ave.
Newberry, FL 32669

Harris Jernigan & Geno PLLC
587 Highland colony Parkway
PO Box 3380
Ridgeland, MS 39158-3380

Nationwide Insurance Company
PO Box 55929
Jackson, MS 39296

Justin M. Luna
Latham, Shuker, Eden & Beaudine, LLP
PO Box 3353
Orlando, FL 32802-3353

Inervest Capital, Ltd.
c/o John F. Hayter
704 NE 1st Street
Gainesville, FL 32601

Norita V. Davis
20725 SW 46th Avenue
Newberry, FL 32669

Beau View Phase I Condominiums Owners
2668 Beach Blvd.
Biloxi, MS 39530

Internal Revenue Service
Centralized Insolvency Ops
PO Box 21126
Philadelphia, PA 19114

Precision Plumbing
PO Box 767
Florence, MS 39073

Chris Hughes
Okaloosa County Tax Collector
101 James Lee Blvd.
Crestview, FL 32536

Internal Revenue Svc*
Spec Proc Function
PO Box 35045, Stop 5720
Jacksonville, FL 32202

Premium Assignment Corporation
PO Box 3100
Tallahassee, FL 32315-3100

David V. Larosa St. Tax Collector
PO Box 1270
Gulfport, MS 39502

Jennings Service Co.
1374 Jefferson Road, Suite 3
PO Box 1049
Demopolis, AL 36732

Robert C. Latham
Truly, Smith & Latham, PLLC
PO Box 1307
Natchez, MS 39121

Davis & Sons Construction, Inc.
20725 SW 46th Avenue
Newberry, FL 32669

Mia Siddall
56 Wodlake
Brandon, MS 39047

Santa Rosa County Tax Collector
6495 Caroline Street
Suite E
Milton, FL 32570

Davis and Sons Construction Company, LLC
20725 SW 46th Avenue
Newberry, FL 32669

Miami-Dade Tax Collector
140 W. Flagler Street
Miami, FL 33130-1575

SEC
Branch of Reorganization
3475 Lenox Rd NE #1000
Atlanta, GA 30326

Davis Heritage, Ltd.
20725 SW 46th Avenue
Newberry, FL 32669

Mississippi Power
195 Reynoir Street
Biloxi, MS 39530

Stefan M. Davis
20725 SW 46th Avenue
Newberry, FL 32669

Florida Dept of Revenue
Attn: Executive Director
5050 W Tennessee St
Tallahassee, FL 32399-0140

National Const Rentals
PO Box 4503
Pacoima, CA 91333-4503

SunTrust Bank, Inc.
PO Box 79079
Baltimore, MD 21279-0079

Wachovia - GP Holdings
Commercial Loan Services
PO Box 740502
Atlanta, GA 30374-0502

Wells Fargo Bank, NA
Commercial Loan Services
PO Box 740502
Atlanta, GA 30374-0502

```
                                        creditor.scn
Beau View Phase I Condominiums Owners As
2668 Beach Blvd.
Biloxi, MS 39530

Chris Hughes
Okaloosa County Tax Collector
101 James Lee Blvd.
Crestview, FL 32536

David V. Larosa St. Tax Collector
PO Box 1270
Gulfport, MS 39502

Davis & Sons Construction, Inc.
20725 SW 46th Avenue
Newberry, FL 32669

Davis and Sons Construction Company, LLC
20725 SW 46th Avenue
Newberry, FL 32669

Davis Heritage, Ltd.
20725 SW 46th Avenue
Newberry, FL 32669

Florida Dept of Revenue
Attn:  Executive Director
5050 W Tennessee St
Tallahassee, FL 32399-0140

Harris Jernigan & Geno PLLC
587 Highland Colony Parkway
PO Box 3380
Ridgeland, MS 39158-3380

Inervest Capital, Ltd.
c/o John F. Hayter
704 NE 1st Street
Gainesville, FL 32601

Internal Revenue Service
Centralized Insolvency Ops
PO Box 21126
Philadelphia, PA 19114

Internal Revenue Svc*
Spec Proc Function
PO Box 35045, Stop 5720
Jacksonville, FL 32202

Jennings Service Co.
1374 Jefferson Road, Suite 3
PO Box 1049
Demopolis, AL 36732

Mia Siddall
56 Wodlake
Brandon, MS 39047

Miami-Dade Tax Collector
140 W. Flagler Street
Miami, FL 33130-1575

                                        Page 1
```

creditor.scn

Mississippi Power
195 Reynoir Street
Biloxi, MS 39530

National Const Rentals
PO Box 4503
Pacoima, CA 91333-4503

Nationwide Insurance Company
PO Box 55929
Jackson, MS 39296

Norita V. Davis
20725 SW 46th Avenue
Newberry, FL 32669

Precision Plumbing
PO Box 767
Florence, MS 39073

Premium Assignment Corporation
PO Box 3100
Tallahassee, FL 32315-3100

Robert C. Latham
Truly, Smith & Latham, PLLC
PO Box 1307
Natchez, MS 39121

Santa Rosa County Tax Collector
6495 Caroline Street
Suite E
Milton, FL 32570

SEC
Branch of Reorganization
3475 Lenox Rd NE #1000
Atlanta, GA 30326

Stefan M. Davis
20725 SW 46th Avenue
Newberry, FL 32669

SunTrust Bank, Inc.
PO Box 79079
Baltimore, MD 21279-0079

Wachovia  - GP Holdings
Commercial Loan Services
PO Box 740502
Atlanta, GA 30374-0502

Wells Fargo Bank, NA
Commercial Loan Services
PO Box 740502
Atlanta, GA 30374-0502

**United States Bankruptcy Court**
**Northern District of Florida**

In re  Davis Heritage GP Holdings, LLC
                                    Debtor(s)

Case No. _____
Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Davis Heritage GP Holdings, LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [Check if applicable]

September 26, 2010
Date

/s/ Justin M. Luna
Justin M. Luna 0037131
Signature of Attorney or Litigant
Counsel for  Davis Heritage GP Holdings, LLC
Latham, Shuker, Eden & Beaudine, LLP
PO Box 3353
Orlando, FL 32802-3353
(407) 481-5800 Fax:(407) 481-5801