**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**In re**
**Davis Heritage GP Holdings, LLC,**                    **Case No. 10-10515-LMK**

      **Debtor.**

                                         /

**WELLS FARGO BANK, N.A.'S OBJECTION TO**
**DEBTOR'S DISCLOSURE STATEMENT**

Well Fargo Bank, N.A., as successor by merger to Wachovia Bank, N.A. ("Wells Fargo"), by its counsel, hereby files its limited objection to the Disclosure Statement Pursuant to § 1125 for Davis Heritage GP Holdings, LLC (the "Disclosure Statement") [Dkt. No. 112] and states as follows:

1.    The Disclosure Statement fails to disclose the estimated value of the "Transferred Properties."

2.    The Disclosure Statement fails to indicate the estimated new value to be contributed or its source.

**WHEREFORE**, Wells Fargo respectfully requests that the Court require the Debtor to supplement its Disclosure Statement to address the issues referenced herein.

                                /s/ Roberta A. Colton
                                ROBERTA A. COLTON
                                Florida Bar No. 371289
                                rcolton@trenam.com
                                TRENAM, KEMKER, SCHARF, BARKIN,
                                FRYE, O'NEILL & MULLIS, P.A.
                                Suite 2700, Bank of America Plaza
                                101 East Kennedy Boulevard
                                Tampa, Florida 33602
                                Telephone: (813) 223-7474/Fax: 229-6553
                                Attorneys for WELLS FARGO BANK, N.A. as successor by merger with Wachovia Bank, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing WELLS FARGO BANK, N.A.'S OBJECTION TO DEBTOR'S DISCLOSURE STATEMENT was forwarded through the Court's CM/ECF Noticing System to all ECF Participants and by U.S. Mail to **Davis Heritage GP Holdings, LLC**, 20725 S.W. 46th Avenue, Newberry, Florida 32669; **Justin M. Luna, Esquire**, Latham, Shuker, et al., P. O. Box 3353, Orlando, Florida 32802; **R. Scott Shuker, Esquire**, Latham, Shuker, et al., 390 N. Orange Avenue, Suite 600, Orlando, Florida 32801; and **United States Trustee**, 110 E. Park Avenue, Suite 128, Tallahassee, Florida 32301 on December 29, 2010.

/s/ Roberta A. Colton
Attorney

-5163839v1